JOHN G. GIARDINA, Respondent, *v.* GARNERVILLE HOLDING CORP., INC., et al., Appellants, et al., Defendants.

(Action No. 1.)

CHARLES AVERY, Respondent, *v.* GARNERVILLE HOLDING CORP., INC., et al., Appellants, et al., Defendants.

(Action No. 2.)

Argued June 8, 1943; decided July 20, 1943.

*Charles F. Bachmann, John Nielsen, Jr., Albert R. Eberlein* and *John P. Smith* for appellants.

*James Dempsey* and *Sidney Fischman* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.